■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE A. MARCIAL, Appellant. (Appeal No. 2.) [836 NYS2d 479]— Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered July 15, 2003. The judgment convicted defendant, upon a jury verdict, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Marcial* (41 AD3d 1308 [2007]). Present—Scudder, P.J., Centra, Lunn, Fahey and Peradotto, JJ.